IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RAGNAR WERT | ) | |
| | ) | |
| v. | ) | NO. 3:20-0140 |
| | ) | Campbell/Holmes |
| VANDERBILT UNIVERSITY | ) | |

**O R D E R**

Pursuant to Local Rule 16.01(h)(2), the District Judge is provided notice that on March 6, 2020, Defendant filed a motion to dismiss with supporting memorandum (Docket Nos. 16, 17). Any response by Plaintiff shall be filed pursuant to Rule 12, Fed. R. Civ. P., and Local Rule 7.01(a)(3). An optional reply may be filed within seven (7) days of the filing of the response, and shall not exceed five (5) pages.

The Clerk is directed to forward the motion to the Honorable William L. Campbell, Jr., District Judge for his consideration of Defendant's motion to dismiss.

The initial case management conference remains scheduled for **1:30 p.m., April 6, 2020**, whether or not a ruling has entered on this pending motion, unless otherwise ordered by the Court.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge