IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RAGNAR WERT | ) | |
| | ) | |
| v. | ) | NO. 3:20-0140 |
| | ) | Campbell/Holmes |
| VANDERBILT UNIVERSITY | ) | |

**O R D E R**

Given the current responses to the outbreak of the coronavirus known as COVID-19, including the Court's Administrative Order No. 209 issued on March 16, 2019, the initial case management conference in this case, scheduled for April 6, 2020, at 1:30 p.m., will be held telephonically. Counsel should use the following dial-in information[1] to participate in the telephonic initial case management conference:

Dial-in number: 877-402-9753
Access Code: 3808663#

Counsel for plaintiff(s) or the removing party is reminded that, if there are any parties that have not been served with process or for which counsel has not yet entered an appearance, a motion to continue the initial case management conference should be filed promptly. Counsel are further reminded of the requirement to file a joint proposed initial case management order at least three (3) business days prior to the initial case management conference (with a copy emailed to Ms. Jeanne Cox, Courtroom Deputy [Jeanne_W_Cox@tnmd.uscourts.gov]). If the parties are

---

[1] Participants may hear music until the undersigned Magistrate Judge joins the call as host. If the participants experience any technical difficulties, they should contact chambers at 615-736-5164 for further instructions.

unable to file a joint proposed initial case management conference by this date, they must file a motion to continue the initial case management conference.

The undersigned Magistrate Judge recognizes this is a departure from the usual procedure of attorneys appearing in person for initial case management conference, which will resume as appropriate once there is no longer a need for the current safeguards.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge