**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| RAGNAR WERT | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:20-cv-00140** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| VANDERBILT UNIVERSITY | ) | **MAGISTRATE JUDGE HOLMES** |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is Defendant's Motion to Dismiss (Doc. No. 16). Plaintiff filed a response (Doc. No. 26) and Defendant filed a reply (Doc. No. 30). For the reasons stated in the accompanying Memorandum, Defendant's Motion to Dismiss is **GRANTED** and this action is **DISMISSED** without prejudice. Because the Court has granted Defendant's motion to dismiss and dismissed the Complaint, Plaintiff's pending Motion for Preliminary Injunction (Doc. No. 8) is **MOOT**.

This Order shall constitute final judgment in the case under Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE